**William L. TUNLEY, Appellant,**

v.

**Willie BROWN, Respondent.**

**No. WD 44127.**

Missouri Court of Appeals,
Western District.

Oct. 29, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 24, 1991.

Application to Transfer Denied
Jan. 28, 1992.

■

Richard L. Colbert, Kansas City, for appellant.

Norman I. Reichel, Kansas City, for respondent.

Before TURNAGE, P.J., and KENNEDY and BRECKENRIDGE, JJ.

## ORDER

PER CURIAM.

Plaintiff appeals from a judgment for defendant based upon a jury's verdict in plaintiff's claim for personal injuries sustained in an automobile accident in Kansas City on April 22, 1989.

Judgment affirmed. Rule 84.16(b).